AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
| v. | ) Case No. 8:19-cr-00554-TDC-1 |
| Saleem Abdul Muhammad | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Saleem Abdul Muhammad

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Alleged violation of terms of Supervised Release

Date: May 24, 2024

By: Deputy Clerk
Catherine M. Stavlas, Clerk
*Name and Title of Issuing Officer*

Address: 6500 Cherrywood Lane
Greenbelt, Md. 20770

### Return

This warrant was received on *(date)* 5/24/24 , and the person was arrested on *(date)* 8/16/24
at *(city and state)* Arlington, VA

Date: 8/16/24

*Arresting officer's signature*

Y. Lopez, DUSM
*Printed name and title*